UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:16-CV-00143-GNS-HBB
(CRIMINAL ACTION NO. 1:15-CR-00011-GNS-HBB-1)

CHRISTOPHER ALLEN COX                                                    MOVANT/DEFENDANT

v.

UNITED STATES OF AMERICA                                               RESPONDENT/PLAINTIFF

**ORDER**

This matter is before the Court on the Magistrate Judge's Findings of Fact, Conclusions

of Law, and Recommendation (DN 37) ("R&R"), and Defendant's Objections (DN 38).  In

accordance with 28 U.S.C. § 636(b)(1)(A) and (B), the Court referred Defendant's Motion to

Vacate under 28 U.S.C. § 2255 (DN 30) to Magistrate Judge Brennenstuhl for proposed findings

of fact, conclusions of law, and recommendation.  In the R&R, Magistrate Judge Brennenstuhl

recommended that Defendant's motion be denied given his knowing, intelligent, and voluntary

waiver of the right to collateral review.  (R. & R. 5-6, DN 37).  The Magistrate Judge also

recommended that a certificate of appealability pursuant to 28 U.S.C. § 2253 be denied because

reasonable jurors could not disagree that Defendant waived his right to file a Section 2253

motion.  (R. & R. 7-8).  Despite the untimeliness of Defendant's objections, the Court has

considered those objections.

The threshold issue is whether Defendant validly waived the right to collateral review of

his conviction and sentence.  Having made a *de novo* determination as to those portions of the

R&R to which Defendant's objections were made, the Court concludes that the Magistrate Judge

correctly determined that Defendant knowingly, intelligently, and voluntarily waived the right to file a Section 2255 motion. Defendant's objections are without merit in that they do not raise any new or substantial issues that were not otherwise addressed by the Magistrate Judge.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1.    the Magistrate Judge's Findings of Fact, Conclusions of Law, and Recommendation (DN 37) are hereby **ACCEPTED AND ADOPTED IN THEIR ENTIRETY**;

2.    Defendant's Objections (DN 38) are **OVERRULED**;

3.    Defendant's Motion to Vacate under 28 U.S.C. § 2255 (DN 30) is **DENIED**; and

4.    A certificate of appealability pursuant to 28 U.S.C. § 2253 is **DENIED.**

**Greg N. Stivers, Judge**
**United States District Court**
March 22, 2017

cc:    counsel of record
       Christopher Allen Cox, *pro se*

2